**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1282**

---

GEORGE MINNS; REJESH PATEL,

                                              Plaintiffs - Appellants,

        versus

VIRGINIA ALCOHOL BEVERAGE CONTROL BOARD, a
state agency of the Commonwealth of Virginia;
JAMES E. EDWARDS, SR., individually and in
his official capacity as a Special Agent of
the Virginia Alcohol Beverage Control Board,
assigned to the Chesapeake District ABC
Regional Office for the Commonwealth of Vir-
ginia; LEON G. COLEMAN, individually and in
his official capacity as the Special Agent in
Charge of the Chesapeake District Office of
the Virginia ABC Board; JAMES SPORE, individ-
ually and in his official capacity as the City
Manager for the City of Virginia Beach; ERNEST
RORRER, individually and in his official
capacity as a Captain on the Virginia Beach
Police Department; MICHAEL ZETO, individually
and in his official capacity as a VIRGINIA
ALCOHOL BEVERAGE CONTROL BOARD, a state agency
of the Commonwealth of Virginia; JAMES E.
EDWARDS, SR., individually and in his official
capacity as a Special Agent of the Virginia
Alcohol Beverage Control Board, assigned to
the Chesapeake District ABC Regional Office
for the Commonwealth of Virginia; LEON G.
COLEMAN, individually and in his official
capacity as the Special Agent in Charge of the
Chesapeake District Office of the Virginia ABC
Board; JAMES SPORE, individually and in his
official capacity as the City Manager for the
City of Virginia Beach; ERNEST RORRER,
individually and in his official capacity as a
Captain on the Virginia Beach Police Depart-

ment; MICHAEL ZETO, individually and in his official capacity as a Sergeant on the Virginia Beach Police Department for the City of Virginia Beach; THOMAS H. BAUM, individually and in his official capacity as a Sergeant on the Virginia Beach Police Department for the City of Virginia Beach; DENNIS K. DORSHIMER, individually and in his official capacity as a Master Police Officer on the Virginia Beach Police Department for the City of Virginia Beach; ERNIE ROLLINS, individually and in his official capacity as a City Fire Marshal in and for the City of Virginia Beach; WILLIAM W. DAVIS, individually and in his official capacity as a City Fire Marshal in and for the City of Virginia Beach; ART WALKER, individually and as a citizen in active participation with the defendant city officials, as a co-conspirator with the Virginia Beach Police Department, and in his official capacity as the operator of Art Walker Towing Service; ART WALKER AUTO SERVICE, INCORPORATED, a Virginia corporation organized under the laws of Virginia and licensed to tow vehicles in the City of Virginia Beach; COMMONWEALTH OF VIRGINIA; THE CITY OF VIRGINIA BEACH,

Defendants - Appellees,

and

MICHAEL J. OGLESBY, individually and in his official capacity as the Chief Hearing Officer of the Virginia Alcohol Beverage Control Board for the Commonwealth of Virginia; SUSAN R. STEVICK, individually and in her official capacity as a Virginia ABC Hearing Officer for the Virginia Alcohol Beverage Control Board for the Commonwealth of Virginia; ROBERT J. HUMPHREYS, individually and in his official capacity as the Commonwealth's Attorney in and for the City of Virginia Beach; ALBERT D. ALBERI, individually and in his official capacity as Chief Deputy Commonwealth's Attorney, in the Office of the Commonwealth's Attorney in and for the Cit of Virginia Beach; J. CURTIS FRUIT, individually and in his

2

official capacity as the Clerk of Court, in and for the Circuit Court for the City of Virginia Beach; CYNTHIA G. MALBONE, individually and in her official capacity as a Deputy Clerk for the Circuit Court for the City of Virginia Beach,

Defendants.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (CA-96-512)

---

Submitted: July 30, 1998          Decided: August 25, 1998

---

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

E. George Minns, Rejesh Patel, Appellants Pro Se. John Patrick Griffin, Louis Edward Matthews, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Teresa N. McCrimmon, CITY ATTORNEY'S OFFICE, Virginia Beach, Virginia; Stephen Gerard Test, CLARK & STANT, P.C., Virginia Beach, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

3

PER CURIAM:

Appellants appeal from the district court's order denying relief on their 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Minns v. Spore</u>, No. CA-96-512 (E.D. Va. Jan. 23, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>